IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHARIFF BUTLER** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | NO. 11-6692 |
| v. | : | |
| | : | |
| **TABB BICKELL, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA** | : : : : : | |
| **Defendants.** | : | |

### O R D E R

**AND NOW,** this 16th day of, August 2012, upon consideration of the Petition for Writ of Habeas Corpus and attached exhibits filed by petitioner, Shariff Butler, and the Response with attached exhibits filed by respondents, and after review of the Report and Recommendation of Chief United States Magistrate Judge Carol Sandra More Wells dated February 15, 2012, and Petitioner's Objections to Magistrate's Report and Recommendation, **IT IS ORDERED** as follows:

1. The Report and Recommendation of Chief United States Magistrate Judge Carol Sandra More Wells dated February 15, 2012 is **APPROVED** and **ADOPTED**;

2. Petitioner's Objections to Magistrate's Report and Recommendation are **OVERRULED** for the reasons stated in the Report and Recommendation;

3. The Petition for Writ of Habeas Corpus filed by Shariff Butler is **DENIED** and **DISMISSED** without an evidentiary hearing.

**IT IS FURTHER ORDERED** that a certificate of appealability will not issue on the ground that petitioner has not made a substantial showing of a denial of a constitutional right as required under 28 U.S.C. § 2253(c)(2). See Slack v. McDaniel, 529 U.S. 473, 484 (2000).

BY THE COURT:

/s/ Jan E. DuBois
JAN E. DUBOIS, J.